IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV357 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| $221,115.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on November 18, 2009, (filing no. 9), a letter was sent to attorney Craig Cascarano from the Office of the Clerk directing that he register for admittance to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of December 4, 2009, the attorney has not complied with the request set forth in the letter from the Office of the Clerk.

Accordingly,

IT IS ORDERED that on or before December 21, 2009, Craig Cascarano shall register for admittance to practice in this court, and for the court's CM/ECF System, or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 7th day of December, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge