IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV357 |
| | ) | |
| V. | ) | |
| | ) | FINAL PROGRESSION |
| $221,115.00 IN UNITED STATES CURRENCY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1) No telephonic planning conference will be held to discuss the progression of this case to trial. On the contrary, a final progression order is now issued as set forth in the following paragraph.

2) The final progression order is as follows:

   a. A jury trial is set to commence on September 7, 2010. No more than two days are allocated to the trial of this case and counsel shall plan accordingly. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

   b. The pretrial conference will be held before the undersigned magistrate judge on August 16, 2010 at 10:00 a.m. One- half hour is allocated to this conference. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on August 13, 2010 and the draft order shall conform to the requirements of the local rules.

   c. Mandatory disclosures shall be served by May 3, 2010.

   d. The discovery and deposition deadline is June 30, 2010. Motions to compel discovery must be filed at least 15 days prior to the discovery and deposition deadline.

e. The deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is July 19, 2010.

f. Motions in limine shall be filed five business days prior to trial. It is not the normal practice to hold hearings on motions in limine or to rule on them in advance. Counsel should plan accordingly.

g. The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

DATED this 6th day of April, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge