IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) V. ) ) $221,115.00 IN UNITED STATES ) CURRENCY, ) ) Defendant. ) ) | 8:09CV357 **MEMORANDUM AND ORDER** |

This matter is before the court on the stipulation of the parties (filing 20). Having reviewed the stipulation and the representations of the parties contained therein, and being fully advised on the premises, the court finds as follows:

1. One Thousand One Hundred Fifteen Dollars ($1,115.00) of Defendant property should be returned to Claimant, Victor Sison, by delivering said property to the trust account of Claimant's attorney of record, Craig Cascarano;

2. Pursuant to this court's order dated December 21, 2009 (filing 13), the United States has published notice of its intent to dispose of the property in such a manner as the Attorney General may direct. A declaration of publication was filed herein on March 29, 2010 (filing 17). In response to said published notice, no person or entity has filed a petition setting forth any legal or equitable interest in Defendant property;

3. The balance of Defendant property, $220,000.00, should be forfeited to the United States;

4. The parties' stipulation ([filing 20](filing 20)) should be approved.

Accordingly,

IT IS ORDERED:

A. The parties' stipulation ([filing 20](filing 20)) is approved;

B. One Thousand One Hundred Fifteen Dollars ($1,115.00) of Defendant property shall be returned to Claimant, Victor Sison, by delivering said property to the trust account of Claimant's attorney of record, Craig Cascarano. The Marshal shall deliver said amount by making payment to Craig Cascarano's trust account;

C. Upon Mr. Cascarano's receipt of the $1,115.00, he shall file a receipt for said amount with the court. Upon the filing of said receipt, the court shall enter judgment in this action;

D. The balance of Defendant property, $220,000.00, is hereby forfeited to the United States. All right, title or interest in or to Defendant property held by any person or entity is hereby forever barred and foreclosed;

E. The Marshal shall dispose of said $220,000.00 in accordance with law.

October 20, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge